

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00721-CV

**PHILADELPHIA INDEMNITY INSURANCE COMPANY** a/s/o Mirsan, L.P., d/b/a Sienna
Ridge Apartments,
Appellant

v.

Carmen A. **WHITE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16235
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is
REVERSED and we REMAND this matter to the trial court for entry of judgment in favor of
appellant Philadelphia Indemnity Insurance Company, a/s/o Mirsan, L.P. d/b/a Sienna Ridge
Apartments.

We order that appellant Philadelphia Indemnity Insurance Company, a/s/o Mirsan, L.P.
d/b/a Sienna Ridge Apartments recover its costs of this appeal from appellee Carmen A. White.

SIGNED January 4, 2017.

_____
Marialyn Barnard, Justice